1  GEORGE B. SPEIR (Bar No. 78276)
   ARTHUR F. COON (Bar No. 124206)
2  ANTHONY M. LEONES (Bar No. 184499)
   MILLER STARR REGALIA
3  A Professional Law Corporation
   1331 N. California Blvd., Fifth Floor
4  Post Office Box 8177
   Walnut Creek, California 94596
5  Telephone:   925 935 9400
   Facsimile:   925 933 4126
6  e-mail: gbs@msrlegal.com; afc@msrlegal.com;
   aml@msrlegal.com
7
   Attorneys for Plaintiff
8  CBS OUTDOOR INC.

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

| | |
|---|---|
| CBS OUTDOOR INC., | No. C 09-00973 MHP MED |
| Plaintiff, | STIPULATION TO CONTINUE DEADLINE FOR FILING DISPOSITIVE MOTIONS; [PROPOSED] ORDER |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO PLANNING DEPARTMENT; SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION; and DOES 1 through 100, inclusive, | Date Complaint filed: 03/05/09 |
| Defendants. | |

## RECITALS

1. The parties to the above-referenced action and to this Stipulation To Continue Deadline For Filing Dispositive Motions (the "Stipulation") are plaintiff CBS Outdoor Inc. and defendants the City and County of San Francisco, sued herein as City and County of San Francisco, the San Francisco Planning Department, and the San Francisco Department of Building Inspection (collectively, the "City"). These parties are referred to herein in the singular as "Party," and collectively as the "Parties."

2. At the case management conference on June 29, 2009, the Court ordered that the Parties file all dispositive motions in this action by October 28, 2009.

3. On August 27, 2009, the Parties participated in a mediation session before Frederick Hertz ("Hertz") as ordered by the Court.

4. The Parties subsequently participated in a second follow-up mediation session before Hertz on September 29, 2009 (the "Second Mediation Session").

5. Following the Second Mediation Session, the Parties reached a tentative agreement on the general terms of a resolution of this action (the "Tentative Settlement Agreement").

6. The specific terms of the Tentative Settlement Agreement need to be further negotiated. Also, the Tentative Settlement Agreement cannot be finalized unless and until fully documented and approved by the San Francisco Board of Supervisors (the "Board of Supervisors") and the City's Mayor.

7. Therefore, in order to provide sufficient time for the Tentative Settlement Agreement to be completed and documented, as well as considered and voted upon by the Board of Supervisors and approved by the Mayor as required under San Francisco law, the Parties agree to continue the deadline for filing dispositive motions, and request that this Court order such continuance.

## STIPULATION

THE PARTIES HEREBY STIPULATE THAT:

The October 28, 2009 deadline to file dispositive motions in this action, set by the Court, be continued for ninety (90) days until January 26, 2010, or such date thereafter as the Court may set.

Dated: 10/7/09

MILLER STARR REGALIA

By: _____
ANTHONY M. LEONES
Attorneys for Plaintiff
CBS OUTDOOR INC.

| | |
|---|---|
| Dated: 10.7.09 | DENNIS J. HERRERA<br>City Attorney<br>KRISTEN A. JENSEN<br>THOMAS S. LAKRITZ<br>VICTORIA WONG<br>Deputy City Attorneys |
| | By: _____<br>KRISTEN A. JENSEN<br>Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO PLANNING DEPARTMENT, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION |

## ORDER

PURSUANT TO THE STIPULATION, IT IS IT IS HEREBY ORDERED that plaintiff CBS Outdoor Inc. and defendant City shall file all dispositive motions in the above-referenced case on or before January 26, 2010.

DATED: 10/8/09

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | *CBS Outdoor, Inc. v. City and County of San Francisco, et al.*<br>U.S. District Court, N.D. Cal., Case No. C 09-00973 MHP MED |
| 3 | I, Elisa Trees, declare: |
| 4 | I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1331 N. California Blvd., Fifth Floor, Post Office Box 8177, Walnut Creek, CA 94596. On October 7, 2009, I served the within documents: |
| 6 | STIPULATION TO CONTINUE DEADLINE FOR FILING DISPOSITIVE MOTIONS; [PROPOSED] ORDER |
| 8 | ☒ by uploading the document(s) listed above and e-filing said document(s) directly with the United States District Court's ECF website at: https//ecf.cand.uscourts.gov before 5:00 p.m. (PST). |
| 10 | ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| 11 | ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California addressed as set forth below. |
| 13 | ☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery. |
| 15 | ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| 17 | Dennis J. Herrera, City Attorney<br>Kristen A. Jensen, Deputy City Attorney<br>Thomas S. Lakritz, Deputy City Attorney<br>Victoria Wong, Deputy City Attorney<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA 94102-5408<br>Tel: 415.554.4615<br>Fax: 415.554.4757<br>e-mail: kristen.jensen@sfgov.org |
| 23 | Attorneys for Defendants **CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO PLANNING DEPARTMENT; SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION** |
| 25 | I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| 28 | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

1    I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.
2
         Executed on October 7, 2009, at Walnut Creek, California.
3
4
                                                /s/   Elisa Trees
5                                              Elisa Trees