1   GEORGE B. SPEIR (Bar No. 78276)
    ARTHUR F. COON (Bar No. 124206)
2   ANTHONY M. LEONES (Bar No. 184499)
    MILLER STARR REGALIA
3   A Professional Law Corporation
    1331 N. California Blvd., Fifth Floor
4   Post Office Box 8177
    Walnut Creek, California 94596
5   Telephone:    925 935 9400
    Facsimile:    925 933 4126
6   e-mail:  gbs@msrlegal.com; afc@msrlegal.com;
    aml@msrlegal.com
7
    Attorneys for Plaintiff
8   CBS OUTDOOR INC.

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  CBS OUTDOOR INC.,                | No. C 09-00973 MHP MED
                                      |
13            Plaintiff,             | STIPULATION TO CONTINUE
                                      | DEADLINE FOR FILING DISPOSITIVE
14  v.                               | MOTIONS; [PROPOSED] ORDER
                                      |
15  CITY AND COUNTY OF SAN           |
    FRANCISCO; SAN FRANCISCO         | Date Complaint filed:  03/05/09
16  PLANNING DEPARTMENT; SAN         |
    FRANCISCO DEPARTMENT OF          |
17  BUILDING INSPECTION; and DOES 1  |
    through 100, inclusive,          |
18                                    |
            Defendants.              |
19

20                          **RECITALS**

21          1.      The parties to the above-referenced action and to this Stipulation To

22  Continue Deadline For Filing Dispositive Motions (the "Stipulation") are plaintiff CBS Outdoor

23  Inc. and defendants the City and County of San Francisco, sued herein as City and County of San

24  Francisco, the San Francisco Planning Department, and the San Francisco Department of

25  Building Inspection (collectively, the "City").  These parties are referred to herein in the singular

26  as "Party," and collectively as the "Parties."

27          2.      At the case management conference on June 29, 2009, the Court ordered

28  that the Parties file all dispositive motions in this action by October 28, 2009.

1          3.     On August 27, 2009, the Parties participated in a mediation session before

2  Frederick Hertz ("Hertz") as ordered by the Court.

3          4.     The Parties subsequently participated in a second follow-up mediation

4  session before Hertz on September 29, 2009 (the "Second Mediation Session").

5          5.     Following the Second Mediation Session, the Parties reached a tentative

6  agreement on the general terms of a resolution of this action (the "Tentative Settlement

7  Agreement").

8          6.     The specific terms of the Tentative Settlement Agreement need to be

9  further negotiated. Also, the Tentative Settlement Agreement cannot be finalized unless and until

10  fully documented and approved by the San Francisco Board of Supervisors (the "Board of

11  Supervisors") and the City's Mayor.

12         7.     In order to provide sufficient time for the Tentative Settlement Agreement

13  to be completed and documented, as well as considered and voted upon by the Board of

14  Supervisors and approved by the Mayor as required under San Francisco law, the Parties agreed

15  to continue the deadline for filing dispositive motions, and this Court ordered a continuance to

16  January 26, 2010.

17         8.     The Parties made significant progress in documenting the Tentative

18  Settlement Agreement. Unfortunately, prior to finalizing the documentation and obtaining

19  approval by the Board of Supervisors, lead counsel for the City, Kristen Jensen, was required to

20  take leave for a period due to health reasons. The Parties anticipated that Ms. Jensen would

21  return from leave within thirty (30) days and requested a continuance until April 26, 2010, which

22  the Court granted.

23         9.     Ms. Jensen had not yet returned from leave by April 26, 2010, yet the

24  parties continue to work towards a final resolution, and requested a continuance to May 26, 2010,

25  which was granted.

26         10.    The parties continue to work towards a final resolution, however, the

27  agreement has not been finalized and presented to the Board of Supervisors. The parties require

28

1    additional time, and hereby request that the Court continue the deadline for filing dispositive

2    motions to July 30, 2010.

3                                    **STIPULATION**

4                   THE PARTIES HEREBY STIPULATE THAT:

5                   The May 26, 2010 deadline to file dispositive motions in this action, set by the

6    Court, be continued until July 30, 2010, or such date thereafter as the Court may set.

7    Dated: _5/26/10_                          MILLER STARR REGALIA

8

9                                              By: _____
                                                    _Tony Leones_
10                                                  ANTHONY M. LEONES
                                                    Attorneys for Plaintiff
11                                                  CBS OUTDOOR INC.

12   Dated: _5/26/10_                          DENNIS J. HERRERA
                                               City Attorney
13                                             KRISTEN A. JENSEN
                                               THOMAS S. LAKRITZ
14                                             VICTORIA WONG
                                               Deputy City Attorneys
15

16                                             By: _____
                                                    _Thomas S Lakritz_
17                                                  THOMAS S. LAKRITZ
                                                    Attorneys for Defendants CITY AND
18                                                  COUNTY OF SAN FRANCISCO, SAN
                                                    FRANCISCO PLANNING
19                                                  DEPARTMENT, SAN FRANCISCO
                                                    DEPARTMENT OF BUILDING
20                                                  INSPECTION

21

22

23                                    **ORDER**

24                  PURSUANT TO THE STIPULATION, IT IS IT IS HEREBY ORDERED that

25   plaintiff CBS Outdoor Inc. and defendant City shall file all dispositive motions in the above-

26   referenced case on or before July 30, 2010.

27

28   DATED: _5/27/2010_____

     OTAD\47719\808793.1                      IT IS SO ORDERED
                                              _____
                                       -3-    Judge Marilyn H. Patel

1

**PROOF OF SERVICE**
*CBS Outdoor, Inc. v. City and County of San Francisco, et al.*
U.S. District Court, N.D. Cal., Case No. C 09-00973 MHP MED

2

3

I, Shari Santos, declare:

4

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1331 N. California Blvd., Fifth Floor, Post Office Box 8177, Walnut Creek, CA 94596. On May 26, 2010, I served the within documents:

5

6

STIPULATION TO CONTINUE DEADLINE FOR FILING
DISPOSITIVE MOTIONS; [PROPOSED] ORDER

7

8

[X] by uploading the document(s) listed above and e-filing said document(s) directly with the United States District Court's ECF website at: https//ecf.cand.uscourts.gov before 5:00 p.m. (PST).

9

10

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

11

12

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California addressed as set forth below.

13

14

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

15

16

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

17

Dennis J. Herrera, City Attorney
Kristen A. Jensen, Deputy City Attorney

18

Thomas S. Lakritz, Deputy City Attorney
Victoria Wong, Deputy City Attorney

19

City Hall, Room 234
1 Dr. Carlton B. Goodlett Place

20

San Francisco, CA 94102-5408
Tel: 415.554.4615

21

Fax: 415.554.4757
e-mail: kristen.jensen@sfgov.org

22

Attorneys for Defendants **CITY AND COUNTY OF SAN**

23

**FRANCISCO; SAN FRANCISCO PLANNING DEPARTMENT;
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION**

24

I am readily familiar with the firm's practice of collection and processing

25

correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I

26

am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

27

I declare that I am employed in the office of a member of the bar of this court at

28

whose direction the service was made.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2

3    Executed on May 26, 2010, at Walnut Creek, California.

4

5                                                    /s/  Shari Santos
                                                         Shari Santos

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OTAD\47719\808793.1

CASE MANAGEMENT STIPULATION
(No. C 09-00973 MHP MED)